UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

September 19, 2018

**MULTICARE HEALTH SYSTEM V. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS ET AL**
Case # 2:18–cv–01366–MJP

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

**Secondary Signature(s) Improper:**
The secondary attorney(s) Steven H Winterbauer indicated in your initiating document(s) is/are not properly before this court and has/have been removed from the docket. Signatures must be in accordance with FRCP 11 and LCR 83.2, and must comply with Section III(L) of the Electronic Filing Procedures which states "*An electronically filed pleading or other document which requires an attorney's signature must have the signer's name(s) printed or typed under all signature lines with an original signature or the "/s" in lieu of the signature*".
Please file a Notice of Appearance for attorney(s) Steven H Winterbauer as soon as practical.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file