# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MULTICARE HEALTH SYSTEM, | CASE NO. C18-1366 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER RE: MODIFIED STATUS REPORT |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have indicated to the Court their exemption under FRCP 26(a)(1)(B)(v) and FRCP 26(a)(1)(B)(vii) from submission of a standard Joint Status Report. The Court is nevertheless desirous of receiving from the parties a joint submission which summarizes the circumstances and status of the litigation, the means by which the parties anticipate resolving the dispute and any case schedule deadlines which the Court needs to impose in order to move the litigation forward to completion.

The parties are ordered to submit this modified version of a JSR by no later than **January 7, 2019.**

The clerk is ordered to provide copies of this order to all counsel.

Filed December 7, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk