The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MULTICARE HEALTH SYSTEM,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br>Defendants. | CASE NO. 2:18-cv-01366-MJP<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION<br><br>Note on Motion Calendar:<br>December 11, 2018 |

## **JOINT STIPULATION**

The parties stipulate and agree that defendants may have a thirty-day extension to answer or otherwise respond to the Complaint. Defendants will respond by January 10, 2019. Good cause is shown for the brief extension because the parties are working to resolve this matter without further litigation or Court involvement.

| | | |
|---|---|---|
| 1 | Dated this 11th day of December, 2018. | Dated this 11th day of December, 2018. |
| 2 | WINTERBAUER & DIAMOND PLLC | ANNETTE L. HAYES<br>United States Attorney |
| 3 | | |
| 4 | *s/ Nicholas Gillard-Byers* | *s/ Sarah K. Morehead* |
| | Steven H. Winterbauer, WSBA #16468 | SARAH K. MOREHEAD, WSBA No. 29680 |
| 5 | Nicholas Gillard-Byers, WSBA #45707 | KATIE FAIRCHILD, WSBA No. 47712 |
| | 1200 Fifth Avenue, Suite 1700 | Assistant United States Attorneys |
| 6 | Seattle, WA 98101 | United States Attorney's Office |
| 7 | Telephone: 206-676-8440 | 700 Stewart Street, Suite 5220 |
| | Fax: 206-676-8441 | Seattle, Washington 98101-1271 |
| 8 | Nicholas@winterbauerdiamond.com | Phone: 206-553-7970 |
| 9 | | Email: sarah.morehead@usdoj.gov<br>Email: katie.fairchild@usdoj.gov |
| 10 | *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

The parties having so stipulated, IT IS ORDERED that defendants' deadline to answer or otherwise respond to the Complaint is extended to January 10, 2019.

Dated this 13th day of December, 2019.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge