District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MULTICARE HEALTH SYSTEM,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>    Defendants. | Case No. C18-01366 MJP<br><br>STIPULATED MOTION FOR A STAY OF ALL PRETRIAL DEADLINES<br><br>**Noted on Motion Calendar:**<br>**December 26, 2018.** |

## **JOINT STIPULATION**

The parties hereby jointly STIPULATE AND AGREE to stay all pretrial deadlines in the above-captioned case.

1.    At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  At this time the Department does not know when funding will be restored by Congress.

2.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

JOINT STIPULATION TO STAY ALL PRETRIAL DEADLINES
[Case No. C18-01366 MJP] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

3. The parties therefore agree to stipulate to a stay of all pending pretrial deadlines and agree and request that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

4. Undersigned counsel for the Department of Justice will notify the Court as soon as Congress has appropriated funds for the Department and greatly regrets any disruption caused to the Court and the other litigants by a stay of pretrial deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**SO STIPULATED.**

Dated this 26th day of December, 2018.

      WINTERBAUER & DIAMOND PLLC

      */s/ Nicholas Gillard-Byers*
      NICHOLAS GILLARD-BYERS, WSBA No. 45707
      STEVEN H. WINTERBAUER, WSBA No. 16468
      1200 Fifth Avenue, Suite 1700
      Seattle, WA 98101
      Phone: (206) 676-8440
      Nicholas@winterbauerdiamond.com

      Attorneys for Plaintiff

JOINT STIPULATION TO STAY ALL PRETRIAL DEADLINES
[Case No. C18-01366 MJP] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED.**

Dated this 26th day of December, 2018.

>ANNETTE L. HAYES
>United States Attorney
>
>*s/ Katie D. Fairchild*
>KATIE D. FAIRCHILD, WSBA No. 47712
>
>*s/ Sarah K. Morehead*
>SARAH K. MOREHEAD, WSBA No. 29680
>Assistant United States Attorneys
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: 206-553-7970
>Fax: 206-553-4067
>Email: Katie.fairchild@usdoj.gov
>Email: Sarah.morehead@usdoj.gov
>
>Attorneys for the Government

JOINT STIPULATION TO STAY ALL PRETRIAL DEADLINES
[Case No. C18-01366 MJP] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 3rd day of ~~December,~~ January, 2019.

_Marsha J. Pechman_
MARSHA J. PECHMAN
United States District Judge

JOINT STIPULATION TO STAY ALL PRETRIAL DEADLINES
[Case No. C18-01366 MJP] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970